■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LINO MENDEZ, Appellant. [912 NYS2d 416]—

Appeal by the defendant from an order of the Supreme Court, Kings County (J. Goldberg, J.), dated July 2, 2009, which, after a hearing, designated him a level two sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

The Supreme Court's designation of the defendant as a level two sex offender under the Sex Offender Registration Act (hereinafter SORA) was supported by clear and convincing evidence (*see* Correction Law art 6-C; *People v Pardo*, 50 AD3d 992 [2008]; *People v Lawless*, 44 AD3d 738 [2007]; *People v Hegazy*, 25 AD3d 675 [2006]). Based upon the defendant's prior conviction of driving while intoxicated, his score on the Michigan Alcoholic Screening test, and facts contained in the case record and presentence report (*see* Correction Law § 168-n; *People v Mingo*, 12 NY3d 563, 573 [2009]; *People v Murphy*, 68 AD3d 832 [2009]; *People v Smolen*, 47 AD3d 623 [2008]; *People v Yarborough*, 43 AD3d 1129 [2007]), the Supreme Court properly assessed 15 points under risk factor 11 for a history of alcohol abuse (*see* Sex Offender Registration Act: Risk Assessment Guidelines and Commentary, at 15 [2006]; *People v Guitard*, 57 AD3d 751 [2008]).

The defendant failed to present any mitigating factors which would warrant a downward departure and, thus, we find no basis to disturb the Supreme Court's designation of the defendant as a level two sex offender (*see People v Blackman*, 78 AD3d 803 [2010]; *People v Baez*, 77 AD3d 406 [2010]). Mastro, J.P., Fisher, Roman and Sgroi, JJ., concur.